IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER,
ADC #110784                                                                                          PLAINTIFF

V.                              CASE NO. 5:16-CV-275-BSM-BD

BARBARA BOATNER                                                                          DEFENDANT

### RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion**

On September 7, 2016, Plaintiff Wallace Gardner, an Arkansas Department of Correction inmate, filed this action pro se under 42 U.S.C. § 1983, claiming that Defendant Boatner violated his constitutional rights. (Docket entry #1) Mr. Gardner moved to proceed *in forma pauepris* (IFP), but because of his litigation history, he is not eligible to proceed IFP in federal court absent an allegation that he is in imminent danger

of serious physical injury.[1] Here, Mr. Gardner did not plead facts alleging that he was in imminent danger of serious physical injury, so the Court ordered him to pay the $400 filing fee in order to proceed with this lawsuit. (#2) Mr. Gardner was specifically cautioned that his failure to pay the filing fee could result in dismissal of his claims, without prejudice.

To date, Mr. Gardner has failed to pay the filing fee, as required in the Court's September 14, 2016 Order, and the time for doing so has passed.

## III. Conclusion

The Court recommends that Mr. Gardner's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's September 14, 2016 Order requiring him to pay the filing fee within thirty days.

DATED this 17th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Gardner for purposes of determining eligibility for IFP status: *Gardner v. Fox, et al.*, E.D. Ark. Case No. 4:14cv197; *Gardner v. Hutchinson, et al.*, E.D. Ark. Case No. 4:15cv650; and *Gardner v. Kelley, et al.*, E.D. Ark. Case No. 5:15cv223.