# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WALLACE A. GARDNER**                                                  **PLAINTIFF**
**ADC #110784**

v.                       **CASE NO. 5:16-CV-00275 BSM**

**BARBARA BOATNER**                                                **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 5] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, Gardner's complaint [Doc. No. 1] is dismissed without prejudice. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 23rd day of November 2016.

                                                                                  _____
                                                                                UNITED STATES DISTRICT JUDGE