# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WALLACE A. GARDNER**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #110784**

**v.**　　　　　　**CASE NO. 5:16-CV-00275 BSM**

**BARBARA BOATNER**　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 23rd day of November 2016.

_____
UNITED STATES DISTRICT JUDGE